UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
ARCIDES FIGUEROA,

                Petitioner,         **O R D E R**

    - against -              07 Civ. 9864 (NRB)

STATE OF NEW YORK,

                Respondent.
--------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Upon reading the petition of Arcides Figueroa that a writ of habeas corpus be issued to respondent, and the Court in accordance with Rule 4 of the Rules Governing § 2254 (1977), it is hereby

    ORDERED, that the Clerk of the Court serve, by certified mail, copies of this Order, the underlying Petition on the Attorney General of the State of New York, and it is further

    ORDERED, that respondent shall file a response to the petition on or before <u>January 11, 2008</u>, and petitioner's reply thereto, if any, is due on or before <u>February 11, 2008</u>, and it is further

ORDERED, that respondent shall file with its answer the state court record including, but not limited to, trial transcript, sentencing minutes, trial court decision, appellate briefs, appellate decisions, and post-trial motions and decisions.

**SO ORDERED.**

Dated:   New York, New York
         November 29, 2007

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE