

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**



ANDREW M. CUOMO
ATTORNEY GENERAL

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

January 3, 2008

**VIA FACSIMILE**

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007



Re: Arcides Figueroa v. State of New York,
07 Civ. 9864 (NRB)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced habeas corpus proceeding. I respectfully request an extension of time to respond to the petition for a writ of habeas corpus from January 11, 2008 to March 14, 2008.

    In Your Honor's Order dated November 29, 2007, you ordered that my office file its response by January 11, 2008. Our office has requested a copy of the record and transcripts in this case, however, we have not yet received those materials. I am respectfully requesting an extension of time so that I may obtain and review the record and transcripts and prepare a thorough response to the petition. Although I am requesting an extension to March 14, 2008, I will make every effort to file my response before that time. This is my first request for an extension.

    I thank the Court for its consideration to this matter.

Respectfully submitted,

Priscilla Steward
Assistant Attorney General
Federal Habeas Corpus Section
(212) 416-8737

120 BROADWAY, NEW YORK N.Y. 10271 • PHONE (212) 416-8750 • FAX (212) 416-8026 • NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

cc:    Arcides Figueroa
       04-A-3180
       Attica Correctional Facility
       Box 149
       Exchange St.
       Attica, New York 14011-0149